UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61211-CIV-SEITZ/O'SULLIVAN

RAFAEL JENES,

     Plaintiff,

v.

H. GLOBAL MARKETING, LLC, et al.

     Defendants.

_____/

### ORDER APPROVING SETTLEMENT AGREEMENT AND RECOMMENDING
### DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court following a settlement conference before the undersigned and the Court conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

The Court finds that the compromise reached by the parties under the terms of the Settlement Agreement is a fair and reasonable resolution of the parties' bona fide disputes.  Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including

attorney's fees and costs) is hereby APPROVED.  It is further

**RECOMMENDED** that the case be DISMISSED with prejudice and that the

Court retain jurisdiction for 30 days to enforce the terms of the settlement.

DONE AND ORDERED in Chambers at Miami, Florida this **15th** day of

September, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record